**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Floyd's Insurance Agency Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **20-01982-5** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 29, 2020**__    X _/s/ Joseph W. Floyd IV_
                                                                Signature of individual signing on behalf of debtor

                                                                **Joseph W. Floyd IV**
                                                                Printed name

                                                                **President**
                                                                Position or relationship to debtor

Official Form 202                                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **20-01982-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **10,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $      **8,070,625.95**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **8,080,625.95**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      **27,881,663.00**

4.    Total liabilities ........................................................................................
    Lines 2 + 3a + 3b     $      **27,881,663.00**

**Fill in this information to identify the case:**

Debtor name    **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **20-01982-5**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$2,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank (Operating)** | **Checking** | **6397** | $194,187.74 |
| 3.2. | **First Citizens Bank (Payroll)** | **Checking** | **7568** | $6,258.99 |
| 3.3. | **First Citizens Bank (Columbus Insurance)** | **Checking** | **6565** | $10,146.55 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $212,593.28 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(If known)* **20-01982-5** |
|---|---|---|
| | Name | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** |

| 11a. 90 days old or less: | **7,732.67** | - | **0.00** | = .... | **$7,732.67** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$7,732.67** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks, chairs and filing cabinets** | **Unknown** | **N/A** | **$5,000.00** |
| 40. **Office fixtures** | | | |
| **Misc. office fixtures** | **Unknown** | **N/A** | **$1,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Floyd's Insurance Agency Inc.**                                Case number *(If known)*  **20-01982-5**
      Name

| | | | |
|---|---|---|---|
| **Computers, printers, copier & fax machine** | **Unknown** | **N/A** | **$10,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| **$16,000.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.

    ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3223 Beaverchip Drive NW, Brunkswick County Parcel: 160NB027** | **Fee Simple** | **Unknown** | **Tax records** | **$10,000.00** |

56.    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

    Copy the total to line 88.

| |
|---|
| **$10,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(If known)* **20-01982-5** |
|---|---|---|
| | Name | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

| 71. | Notes receivable<br>Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | **Monthly Payment Plan, Inc.** | **7,829,500.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | | **$7,829,500.00** |
| | **Parker Batts** | **4,800.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | | **$4,800.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$7,834,300.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Floyd's Insurance Agency Inc.**
Name

Case number *(If known)*  **20-01982-5**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $212,593.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,732.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $10,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,834,300.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,070,625.95 | + 91b. $10,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,080,625.95 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **20-01982-5**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **20-01982-5**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Brunswick County Tax**<br>**Attn: Managing Agent**<br>**P.O. Box 29**<br>**Bolivia, NC 28422** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Columbus County Tax**<br>**Adminstration**<br>**Attn: Managing Agent**<br>**125 Washington Street**<br>**Whiteville, NC 28472** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**NC Dept. of Labor, DES**
**Attn: Managing Agent**
**P.O. Box 26504**
**Raleigh, NC 27611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**910 Geeks**
**Attn: Managing Agent**
**9062 Black Chesnut Drive NE**
**Leland, NC 28451**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$213.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Adam B. Prince**
**321 Fuller Street**
**Whiteville, NC 28472**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Addison L. McNeil**
**7018 Gardner Pond Court**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**AFLAC**
**Attn: Managing Agent**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Alice Lou Gooden**
**7401 Old Lumberton Road**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Andrew Heath Scott**
**2259 Bowman Sreet**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Anne S. Cruz**
**513 Twining Lane**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Anthony Stephens**
**305 Burns Drive**
**Kill Devil Hills, NC 27948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Ashley Electric, Inc.**
**Attn: Managing Agent**
**P.O. Box 308**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

Barbara Whaley
1038 Poley Bridge Road
Nakina, NC 28455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325,000.00 |
|---|---|---|---|

Barry R. Grainger
508 B. Rose Mary Lane
North Myrtle Beach, SC 29582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

BB&T
Attn: Managing Agent
306 S. Madison Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  credit card debt

Last 4 digits of account number  9198

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

BB&T
Attn: Managing Agent
306 S. Madison Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  credit card debt

Last 4 digits of account number  9164

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

BB&T
Attn: Managing Agent
306 S. Madison Street
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  credit card debt

Last 4 digits of account number  9180

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

Bennett C. Ashley
P.O. Box 308
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

Bernice W. Etheridge
48 Crusoe Island Road
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **Betsy McKee**<br>**4396 James B. White Hwy S.**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Betty Axsom**<br>**2500 John Avenue SW**<br>**Supply, NC 28462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|
| | **Betty Sue Parker**<br>**11301 NC 72 Hwy East**<br>**Lumberton, NC 28358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,000.00 |
|---|---|---|---|
| | **Betty W. Jackson**<br>**4626 Emory Lane**<br>**Charlotte, NC 28211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305,000.00 |
|---|---|---|---|
| | **Brittany Bennett**<br>**6205 Old Shalotte Road NW**<br>**Ocean Isle Beach, NC 28469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|
| | **Bryan Skipper**<br>**1491 Smyrna Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|
| | **Cathryn D. White**<br>**1798 Antioch Church Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,000.00** |
|---|---|---|---|
| | **Chadbourn Feed Services, Inc.** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 445** | ☐ Disputed | |
| | **Chadbourn, NC 28431** | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,000.00** |
|---|---|---|---|
| | **Charles & Kathleen Roberts** | ☐ Contingent | |
| | **1005 Whitehall Road** | ☐ Unliquidated | |
| | **Whiteville, NC 28472** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.00** |
|---|---|---|---|
| | **City of Whiteville** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **317 S. Madison Street** | ☐ Disputed | |
| | **Whiteville, NC 28472** | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Claire D. Love** | ☐ Contingent | |
| | **P.O. Box 274** | ☐ Unliquidated | |
| | **Whiteville, NC 28472** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|
| | **Clyde & Mary Jean Prince** | ☐ Contingent | |
| | **321 Fuller Street** | ☐ Unliquidated | |
| | **Whiteville, NC 28472** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,315,000.00** |
|---|---|---|---|
| | **Crow Creek Land Development, LLC** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **6205 Old Shalotte Road NW** | ☐ Disputed | |
| | **Ocean Isle Beach, NC 28469** | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|
| | **Dale & Robin Buffkin** | ☐ Contingent | |
| | **130 Forest Lane** | ☐ Unliquidated | |
| | **Tabor City, NC 28463** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number (if known) | **20-01982-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,000.00 |
|---|---|---|---|
| | **David & Joann Hardee**<br>**210 St. Andrews Street**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | **David Simmons**<br>**382 Country Farm Road**<br>**Winfield, IL 60190** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **David W. Fisher**<br>**925 Sultana Drive**<br>**Little River, SC 29566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.00 |
|---|---|---|---|
| | **DexYP**<br>**Attn: Managing Agent**<br>**P.O. Box 619810**<br>**Dallas, TX 75261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | **Diane L. Scott**<br>**508 Warrior Trail**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | **Donald & Lela Harrelson**<br>**2770 Hallsboro Road N.**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178,000.00 |
|---|---|---|---|
| | **Dorothy Fowler**<br>**246 Kit Horne Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number (if known) | **20-01982-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|
| | **Duke Energy**<br>**Attn: Managing Agent**<br>**P.O. Box 1003**<br>**Charlotte, NC 28201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00** |
|---|---|---|---|
| | **Edison J. Elkins, Jr.**<br>**194 Pine Lane**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Edward & Diana Jones**<br>**17 Richmond Street**<br>**Ocean Isle Beach, NC 28469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Edward Williamson**<br>**615 N. Elm Street**<br>**Chadbourn, NC 28431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Elizabeth L. Hall**<br>**57 State Park Drive**<br>**Lake Waccamaw, NC 28450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Elizabeth R. Montgomery**<br>**103 Creek Ridge Road**<br>**Lake Waccamaw, NC 28450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **Elizabeth S. Woodby**<br>**831 Radnor Road**<br>**Wilmington, NC 28409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|
| | **Emma Jean Phelps** <br> **300 Baldwin Eason Lane, Apt A** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Erika B. Williams** <br> **3962 1st Street SW** <br> **Shallotte, NC 28470** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|
| | **Everett Lanier** <br> **127 Cape Fear Drive** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105,000.00 |
|---|---|---|---|
| | **Fred Floyd** <br> **5873 Pauley Swamp Road** <br> **Conway, SC 29527** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Fred T. Sellers** <br> **4365 Audell Street SW** <br> **Shallotte, NC 28470** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **Freda G. Fipps** <br> **751 New Life Church Road** <br> **Tabor City, NC 28463** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **George W. Holt** <br> **207 High Street** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|---|

**Gerald & Wanda Faulk**
**9218 Old Stake Road**
**Tabor City, NC 28463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Gerry & Christina Simmons**
**P.O. Box 585**
**Lake Waccamaw, NC 28450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Gertie M. Spivey**
**1690 Hwy 9 West**
**Longs, SC 29568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|

**Gil Whitehurst**
**8525 Wheeling Drive**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |
|---|---|---|---|

**Gladys S. Moore**
**2204 Canel Cove Road**
**Lake Waccamaw, NC 28450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Grace H. Summersett**
**P.O. Box 96**
**Lake Waccamaw, NC 28450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Graham & Della Stewart**
**105 East C Street**
**Erwin, NC 28339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

Graham & Jan Stewart
201 Morganford Place
Cary, NC 27518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

Graham A. McNeil
7018 Gardner Pond Court
Charlotte, NC 28270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|

Greer & Waitus Avant
913 Smyrna Road
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,000.00 |
|---|---|---|---|

Greer & Waitus Avant
913 Smyrna Road
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600,000.00 |
|---|---|---|---|

H.D. Bennett Holdings, LLC
Attn: Managing Agent
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,090,000.00 |
|---|---|---|---|

Harold & Julia Tripp
P.O. Box 126
Ash, NC 28420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Harrold L. Norris
10175 Old Stake Road
Tabor City, NC 28463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445,000.00 |
|---|---|---|---|

**Henry & Amelia Bennett**
**6205 Old Sharlotte Road NW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Herald Office Systems**
**Attn: Managing Agent**
**P.O. Box 1288**
**Dillon, SC 29536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

**Holden Beach Marina**
**Attn: Managing Agent**
**3238 Pompano Street SW**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|

**Holly Long**
**13815 Swamp Fox Hwy E**
**Tabor City, NC 28463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Howard A. Jones**
**1402 N. James Street**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.00 |
|---|---|---|---|

**IIANC**
**Attn: Managing Agent**
**P.O. Box 1165**
**Cary, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Iris W. Dutton**
**P.O. Box 63**
**Longwood, NC 28452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|---|

**J. Lee Croom**
**342 Hemlock Drive**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**J.D. & Judy Gore**
**1853 Manaley Smith Road**
**Nakina, NC 28455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Jack & Margaret Hooks**
**217 Fuller Street**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Jackson National Life**
**Attn: Managing Agent**
**P.O. Box 9584**
**Coppell, TX 75019-9084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**James & Brenda Spivey**
**716 James Hinson Road**
**Clarendon, NC 28432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**James & Linda Dieudonne**
**2951 Darrell Drive SW**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |
|---|---|---|---|

**James & Mary Beth Hickman**
**139 Cherokee Trail**
**Maiden, NC 28650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
| --- | --- | --- | --- |
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,000.00 |
| --- | --- | --- | --- |
| | **James & Roberta Smith**<br>**341 Flax Court**<br>**Palm Beach Gardens, FL 33410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
| --- | --- | --- | --- |
| | **James A. Stephens**<br>**1271 Lawrence Tedder Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
| --- | --- | --- | --- |
| | **Jan H. Stewart**<br>**201 Morganford Place**<br>**Cary, NC 27518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
| --- | --- | --- | --- |
| | **Janet B. Sessoms**<br>**107 Turtle Cay, Unit 9**<br>**Wilmington, NC 28412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |
| --- | --- | --- | --- |
| | **Janet G. Callihan**<br>**2630 Bill Hooks Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307,000.00 |
| --- | --- | --- | --- |
| | **Janie U. Perrin**<br>**1300 Marjorie Drive**<br>**Matthews, NC 28105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
| --- | --- | --- | --- |
| | **Jason & Marie Wheatley**<br>**268 Vereen Road NW**<br>**Ash, NC 28420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Jason L. Patterson**
**1638 Sellerstown Road**
**Chadbourn, NC 28431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Javie & Debbie McPherson**
**490 A.D. Hinson Road**
**Chadbourn, NC 28431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,000.00** |
|---|---|---|---|

**Jeanane Peek**
**16419 Riverpointe Drive**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320,000.00** |
|---|---|---|---|

**Jeannette Eller**
**124 Stacrest Drive**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750,000.00** |
|---|---|---|---|

**Jeffrey & Leanne Crouch**
**3320 E. Yacht Drive**
**Oak Island, NC 28465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Jerry & Diane Caines**
**861 Dothan Road**
**Tabor City, NC 28463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Jerry & Linda Strickland**
**226 Elizabeth Drive**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Jerry & Robin Etheridge**
**30 Crusoe Island Road**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,147,000.00 |
|---|---|---|---|

**Jerry McLamb Construction, Inc.**
**Attn: Managing Agent**
**6205 Old Shalotte Road NW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,000.00 |
|---|---|---|---|

**Jerry S. Gore**
**P.O. Box 993**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Jessica B. Hall**
**3379 Nelson Road**
**Rising Sun, IN 47040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357,000.00 |
|---|---|---|---|

**Jim Utley**
**320 Wilmot Drive**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Joann H. Cox**
**P.O. Box 726**
**Clarkton, NC 28433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,000.00 |
|---|---|---|---|

**Joe W. Floyd V.**
**7 Prescient Avenue**
**Beaufort, SC 29902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,000.00** |
|---|---|---|---|
| | **Joseph & Carolyn Fisher**<br>**1105 Princesa Court SW**<br>**Ocean Isle Beach, NC 28469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
| | **Judy N. Gore**<br>**3014 Symrna Road**<br>**Whiteville, NC 28472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|
| | **Judy W. Norris**<br>**10175 Old Stake Road**<br>**Tabor City, NC 28463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Kasey G. Porter**<br>**49 East 21st Street, Apt 5A**<br>**New York, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365,000.00** |
|---|---|---|---|
| | **Kathy G. Simmons**<br>**P.O. Box 753**<br>**Lake Waccamaw, NC 28450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$986,000.00** |
|---|---|---|---|
| | **Kay D. Wheatley**<br>**3238 Pmpano Street SW**<br>**Supply, NC 28462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,000.00** |
|---|---|---|---|
| | **Kenneth & Norita Faulk**<br>**1428 Reaves Ferry Road**<br>**Nakina, NC 28455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**Kenneth & Wanda Skipper**
**1587 Smyrna Road**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |
|---|---|---|---|

**Kenny & Sylvia Milligan**
**5400 Little River Neck Rd, Lot 170**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Lauren Wheatley**
**3238 Pmpano Street SW**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,000.00 |
|---|---|---|---|

**Laverne S. Graham**
**5109 Walnut Street**
**Loris, SC 29569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Leanne B. Yarborough**
**501 Posada Drive**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,000.00 |
|---|---|---|---|

**Leona Tripp**
**3441 Ash Little River Road NW**
**Ash, NC 28420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Linda S. Cartrette**
**7909 J.B. White Hwy N.**
**Clarkton, NC 28433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400,000.00** |
|---|---|---|---|

**Lloyd & Cheryl Bennett**
**738 Bennett Trail SW**
**Calabash, NC 28467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00** |
|---|---|---|---|

**Lloyd D. Baldwin, Jr.**
**223 E. Clahoun Street**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Lois B. Dacus**
**6499 Joe Brown Hwy S.**
**Chadbourn, NC 28431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Loren C. Davis**
**229 Rose Walk Lane**
**Carrboro, NC 27510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Louis G. Meares**
**359 Dave Meares Road**
**Cerro Gordo, NC 28430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279,000.00** |
|---|---|---|---|

**Mamie L. Davis**
**P.O. Box 144**
**Cerro Gordo, NC 28430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Margaret Zemke**
**91 Country Club Drive**
**Shallotte, NC 28470-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Floyd's Insurance Agency Inc.** | Case number (if known) **20-01982-5** |

Name

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$5,000.00** |
| | **Margie W. Blackmon** <br> **131 Mill Pond Road, Lot 511** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$240,000.00** |
| | **Marie A. Hughes** <br> **202 E. Wyche Street** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$28,000.00** |
| | **Marilyn Whitehurst** <br> **3 Washington Circle** <br> **Alexandria, VA 22305** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$13,000.00** |
| | **Mary Jean Prince** <br> **312 Fuller Street** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$200,000.00** |
| | **Mary Perry R. Davis** <br> **222 Hickory Knoll Road** <br> **Wilmington, NC 28409** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$50,000.00** |
| | **Maxie & Marguerite Williamson** <br> **1991 Fair Bluff Hwy** <br> **Green Sea, SC 29545** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$28,000.00** |
| | **Melinda L. Memory** <br> **26 W. Wyche Street** <br> **Whiteville, NC 28472** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|
| | **Michael L. Summersett**<br>**19 Monroe Street**<br>**Ocean Isle Beach, NC 28469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,000.00** |
|---|---|---|---|
| | **Michael R. Richardson**<br>**2265 Ervin Richardson Road**<br>**Nakina, NC 28455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Monica D. Currie**<br>**507 27th Avenue S.**<br>**North Myrtle Beach, SC 29582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Nancy C. Stone**<br>**701 Cove Harbour**<br>**New Bern, NC 28562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|---|---|---|---|
| | **O'Neal & Virginia Varnam**<br>**89 Varnam Town Road**<br>**Supply, NC 28462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|
| | **Oak Yaupon Harbor**<br>**Attn: Managing Agent**<br>**2500 John Avenue SW**<br>**Supply, NC 28462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Otis & Carolyn McNeil**<br>**135 Deerfield Drive**<br>**King, NC 27021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,000.00 |
|---|---|---|---|
| | Patricia A. Arthur<br>711 Peacan Lane<br>Lake Waccamaw, NC 28450 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | Patricia B. Mitchelson<br>3455 San Pablso Road S., Room 229<br>Jacksonville, FL 32224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,000.00 |
|---|---|---|---|
| | Patsy P. Thompson<br>511 S. Thompson Street<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | Paul & Sandra Hetrick<br>2146 Union Valley Road<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Ralph C. Pridgen<br>1004 Lawrence Tedder Road<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,000.00 |
|---|---|---|---|
| | Rebecca L. Bennett<br>6205 Old Shalotte Road NW<br>Ocean Isle Beach, NC 28469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | Rebecca S. Gore<br>105 Bradford Place<br>Chapel Hill, NC 27517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Ricky A. Bryant**
**2500 Yaupon Drive**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Robert & Louise Chambers**
**1018 Bluffview Drive**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|---|

**Robin C. Young**
**3100 Phillipsburg Court**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Rodney L. Prince**
**602 23 Ave S.**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Roger W. Davis**
**222 Hickory Knoll Road**
**Wilmington, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164,000.00 |
|---|---|---|---|

**Ronnie & Caletta Faulk**
**1008 S. Madison Street**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Rosa L. Young**
**823 Etheridge Road NW**
**Longwood, NC 28452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.00 |
|---|---|---|---|

**Ruby L. Farmer**
**6448 Livinson Chapel Road**
**Delco, NC 28436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**S. Tony Gore III**
**105 Bradford Place**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**S. Travis Gore**
**211 Church Street, Apt A11**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**Samuel & Lisa Varnam**
**1574 Monster Buck Estates**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Samuel & Suzanne Simmons**
**219 S. Water Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Samuel N. Simmons**
**219 S. Water Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Sandra C. Ward**
**5845 Clifton Drive SW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |
| | **Scott C. Brown** | ☐ Contingent | |
| | **3323 Exum Road NW** | ☐ Unliquidated | |
| | **Ash, NC 28420** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
| | **Shelby J. Buffkin** | ☐ Contingent | |
| | **130 Forest Lane** | ☐ Unliquidated | |
| | **Tabor City, NC 28463** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
| | **Shelby Moore** | ☐ Contingent | |
| | **510 Abbie Avenue** | ☐ Unliquidated | |
| | **High Point, NC 27263** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,000.00** |
| | **Spencer Duncan** | ☐ Contingent | |
| | **410 Jefferson Road** | ☐ Unliquidated | |
| | **Lake Waccamaw, NC 28450** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$302,000.00** |
| | **Stacy D. Bennett** | ☐ Contingent | |
| | **6205 Old Sharlotte Road NW** | ☐ Unliquidated | |
| | **Ocean Isle Beach, NC 28469** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **Suzanne M. King** | ☐ Contingent | |
| | **123 W. Williamson Street** | ☐ Unliquidated | |
| | **Whiteville, NC 28472** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
| | **Terry W. Simmons** | ☐ Contingent | |
| | **P.O. Box 753** | ☐ Unliquidated | |
| | **Lake Waccamaw, NC 28450** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Thompson Price Scott & Adams**
**1626 S. Madison Street**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305,000.00 |
|---|---|---|---|

**Tiffany Bennett**
**6205 Old Sharlotte Road NW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Agent**
**P.O. Box 4617**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Tina D. Godwin**
**5336 Marsh Road**
**Fayetteville, NC 28306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Tony & Rebecca Gore**
**105 Bradford Place**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.00 |
|---|---|---|---|

**Verizon Wireless**
**Attn: Managing Agent**
**P.O. Box 489**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,000.00 |
|---|---|---|---|

**Vicky Evans**
**2541 John Avenue SW**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Wanda O. Greene
10204 Peacock Road
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212,000.00 |
|---|---|---|---|

Wesley R. McCaskill
115 Mitchell Avenue
Clemson, SC 29631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

Willadean Williams
109 W. Third Street
Tabor City, NC 28463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|---|---|---|---|

William & Brenda Dixon
P.O. Box 4651
Calabash, NC 28467

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|---|

William & Dottie Johnson
6938 Joe Brown Hwy S.
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

William & Geneva Ashley
P.O. Box 308
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

William & Geneva Ashley
P.O. Box 308
Whiteville, NC 28472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|
| | Name | | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,000.00** |
|---|---|---|---|

**William & Wanda Garris**
**995 Diamondhead Drive S.**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**William F. Floyd, Jr.**
**P.O. Box 335**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,000.00** |
|---|---|---|---|

**William L. Scott III**
**P.O. Box 45**
**Chadbourn, NC 28431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**William M. Suggs**
**100 Fountain Lane**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**William R. Butler**
**P.O. Box 70**
**Nakina, NC 28455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**William S. Gibson**
**830 Hilltop Road**
**Sanford, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **H. Mark Hamlet**<br>**Hamlet & Associates, PLLC**<br>**5215 Junction Park Circle, Ste 202**<br>**Wilmington, NC 28412** | Line **3.153**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number (if known) | **20-01982-5** |
|---|---|---|---|
| | Name | | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 27,881,663.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 27,881,663.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name        **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **20-01982-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **lease of copier** |
|      State the term remaining | **Herald Office Systems**<br>**Attn: Managing Agent**<br>**P.O. Box 1288**<br>**Dillon, SC 29536** |
|      List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of office building** |
|      State the term remaining   **10/2020** | **Memory Enterprises**<br>**Attn: Managing Agent**<br>**114 Memory Plaza**<br>**Whiteville, NC 28472** |
|      List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **lease of postage machine acct 0012401995** |
|      State the term remaining | **Pitney Bowes**<br>**Attn: Managing Agent**<br>**P.O. Box 856460**<br>**Louisville, KY 40285** |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **20-01982-5**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Joseph W. Floyd IV** | **4935 S. Island Drive** **North Myrtle Beach, SC 29582** | **Adam B. Prince** | ☐ D _____ ■ E/F   **3.2** ☐ G _____ |
| 2.2 | **Joseph W. Floyd IV** | **4935 S. Island Drive** **North Myrtle Beach, SC 29582** | **Addison L. McNeil** | ☐ D _____ ■ E/F   **3.3** ☐ G _____ |
| 2.3 | **Joseph W. Floyd IV** | **4935 S. Island Drive** **North Myrtle Beach, SC 29582** | **Alice Lou Gooden** | ☐ D _____ ■ E/F   **3.5** ☐ G _____ |
| 2.4 | **Joseph W. Floyd IV** | **4935 S. Island Drive** **North Myrtle Beach, SC 29582** | **Andrew Heath Scott** | ☐ D _____ ■ E/F   **3.6** ☐ G _____ |
| 2.5 | **Joseph W. Floyd IV** | **4935 S. Island Drive** **North Myrtle Beach, SC 29582** | **Anne S. Cruz** | ☐ D _____ ■ E/F   **3.7** ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Anthony Stephens | ☐ D _____<br>☑ E/F   **3.8**<br>☐ G _____ |
| 2.7 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Ashley Electric, Inc. | ☐ D _____<br>☑ E/F   **3.9**<br>☐ G _____ |
| 2.8 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Barbara Whaley | ☐ D _____<br>☑ E/F   **3.10**<br>☐ G _____ |
| 2.9 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Barry R. Grainger | ☐ D _____<br>☑ E/F   **3.11**<br>☐ G _____ |
| 2.10 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Bennett C. Ashley | ☐ D _____<br>☑ E/F   **3.15**<br>☐ G _____ |
| 2.11 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Bernice W. Etheridge | ☐ D _____<br>☑ E/F   **3.16**<br>☐ G _____ |
| 2.12 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Betsy McKee | ☐ D _____<br>☑ E/F   **3.17**<br>☐ G _____ |
| 2.13 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Betty Axsom | ☐ D _____<br>☑ E/F   **3.18**<br>☐ G _____ |

Debtor   **Floyd's Insurance Agency Inc.**                    Case number *(if known)*   **20-01982-5**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Betty Sue Parker | ☐ D ____ ■ E/F __3.19__ ☐ G ____ |
| 2.15 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Betty W. Jackson | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |
| 2.16 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Brittany Bennett | ☐ D ____ ■ E/F __3.21__ ☐ G ____ |
| 2.17 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Bryan Skipper | ☐ D ____ ■ E/F __3.22__ ☐ G ____ |
| 2.18 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Cathryn D. White | ☐ D ____ ■ E/F __3.23__ ☐ G ____ |
| 2.19 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Chadbourn Feed Services, Inc. | ☐ D ____ ■ E/F __3.24__ ☐ G ____ |
| 2.20 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Charles & Kathleen Roberts | ☐ D ____ ■ E/F __3.25__ ☐ G ____ |
| 2.21 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Claire D. Love | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |

Debtor   **Floyd's Insurance Agency Inc.**                          Case number *(if known)*   **20-01982-5**

| ⬛ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Clyde & Mary Jean Prince | ☐ D ____<br>⬛ E/F ___3.28___<br>☐ G ____ |
| 2.23 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Crow Creek Land Development, LLC | ☐ D ____<br>⬛ E/F ___3.29___<br>☐ G ____ |
| 2.24 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Dale & Robin Buffkin | ☐ D ____<br>⬛ E/F ___3.30___<br>☐ G ____ |
| 2.25 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | David & Joann Hardee | ☐ D ____<br>⬛ E/F ___3.31___<br>☐ G ____ |
| 2.26 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | David Simmons | ☐ D ____<br>⬛ E/F ___3.32___<br>☐ G ____ |
| 2.27 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | David W. Fisher | ☐ D ____<br>⬛ E/F ___3.33___<br>☐ G ____ |
| 2.28 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Diane L. Scott | ☐ D ____<br>⬛ E/F ___3.35___<br>☐ G ____ |
| 2.29 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Donald & Lela Harrelson | ☐ D ____<br>⬛ E/F ___3.36___<br>☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Dorothy Fowler | ☐ D ____<br>■ E/F __3.37__<br>☐ G ____ |
| 2.31 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Edison J. Elkins, Jr. | ☐ D ____<br>■ E/F __3.39__<br>☐ G ____ |
| 2.32 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Edward & Diana Jones | ☐ D ____<br>■ E/F __3.40__<br>☐ G ____ |
| 2.33 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Edward Williamson | ☐ D ____<br>■ E/F __3.41__<br>☐ G ____ |
| 2.34 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Elizabeth L. Hall | ☐ D ____<br>■ E/F __3.42__<br>☐ G ____ |
| 2.35 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Elizabeth R. Montgomery | ☐ D ____<br>■ E/F __3.43__<br>☐ G ____ |
| 2.36 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Elizabeth S. Woodby | ☐ D ____<br>■ E/F __3.44__<br>☐ G ____ |
| 2.37 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Emma Jean Phelps | ☐ D ____<br>■ E/F __3.45__<br>☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Erika B. Williams | ☐ D _____ ▪ E/F __3.46__ ☐ G _____ |
| 2.39 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Everett Lanier | ☐ D _____ ▪ E/F __3.47__ ☐ G _____ |
| 2.40 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Fred Floyd | ☐ D _____ ▪ E/F __3.48__ ☐ G _____ |
| 2.41 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Fred T. Sellers | ☐ D _____ ▪ E/F __3.49__ ☐ G _____ |
| 2.42 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Freda G. Fipps | ☐ D _____ ▪ E/F __3.50__ ☐ G _____ |
| 2.43 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | George W. Holt | ☐ D _____ ▪ E/F __3.51__ ☐ G _____ |
| 2.44 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Gerald & Wanda Faulk | ☐ D _____ ▪ E/F __3.52__ ☐ G _____ |
| 2.45 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Gerry & Christina Simmons | ☐ D _____ ▪ E/F __3.53__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|

| 2.46 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Gertie M. Spivey | ☐ D ____ ■ E/F __3.54__ ☐ G ____ |
| 2.47 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Gil Whitehurst | ☐ D ____ ■ E/F __3.55__ ☐ G ____ |
| 2.48 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Gladys S. Moore | ☐ D ____ ■ E/F __3.56__ ☐ G ____ |
| 2.49 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Grace H. Summersett | ☐ D ____ ■ E/F __3.57__ ☐ G ____ |
| 2.50 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Graham & Della Stewart | ☐ D ____ ■ E/F __3.58__ ☐ G ____ |
| 2.51 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Graham & Jan Stewart | ☐ D ____ ■ E/F __3.59__ ☐ G ____ |
| 2.52 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Graham A. McNeil | ☐ D ____ ■ E/F __3.60__ ☐ G ____ |
| 2.53 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Greer & Waitus Avant | ☐ D ____ ■ E/F __3.61__ ☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**▮** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.54 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Greer & Waitus Avant | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.55 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | H.D. Bennett Holdings, LLC | ☐ D _____ ■ E/F __3.63__ ☐ G _____ |
| 2.56 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Harold & Julia Tripp | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.57 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Harrold L. Norris | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.58 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Henry & Amelia Bennett | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.59 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Holden Beach Marina | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.60 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Holly Long | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.61 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Howard A. Jones | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

---

**▮** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Iris W. Dutton | ☐ D ____ ■ E/F __3.72__ ☐ G ____ |
| 2.63 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | J. Lee Croom | ☐ D ____ ■ E/F __3.73__ ☐ G ____ |
| 2.64 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | J.D. & Judy Gore | ☐ D ____ ■ E/F __3.74__ ☐ G ____ |
| 2.65 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jack & Margaret Hooks | ☐ D ____ ■ E/F __3.75__ ☐ G ____ |
| 2.66 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | James & Brenda Spivey | ☐ D ____ ■ E/F __3.77__ ☐ G ____ |
| 2.67 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | James & Linda Dieudonne | ☐ D ____ ■ E/F __3.78__ ☐ G ____ |
| 2.68 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | James & Mary Beth Hickman | ☐ D ____ ■ E/F __3.79__ ☐ G ____ |
| 2.69 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | James & Roberta Smith | ☐ D ____ ■ E/F __3.80__ ☐ G ____ |

Debtor    **Floyd's Insurance Agency Inc.**                                                Case number *(if known)*    **20-01982-5**

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | James A. Stephens | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.71 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jan H. Stewart | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.72 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Janet B. Sessoms | ☐ D _____ ■ E/F __3.83__ ☐ G _____ |
| 2.73 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Janet G. Callihan | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |
| 2.74 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Janie U. Perrin | ☐ D _____ ■ E/F __3.85__ ☐ G _____ |
| 2.75 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jason & Marie Wheatley | ☐ D _____ ■ E/F __3.86__ ☐ G _____ |
| 2.76 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jason L. Patterson | ☐ D _____ ■ E/F __3.87__ ☐ G _____ |
| 2.77 Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Javie & Debbie McPherson | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.78 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jeanane Peek | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.79 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jeannette Eller | ☐ D _____<br>■ E/F __3.90__<br>☐ G _____ |
| 2.80 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jeffrey & Leanne Crouch | ☐ D _____<br>■ E/F __3.91__<br>☐ G _____ |
| 2.81 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jerry & Diane Caines | ☐ D _____<br>■ E/F __3.92__<br>☐ G _____ |
| 2.82 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jerry & Linda Strickland | ☐ D _____<br>■ E/F __3.93__<br>☐ G _____ |
| 2.83 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jerry & Robin Etheridge | ☐ D _____<br>■ E/F __3.94__<br>☐ G _____ |
| 2.84 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jerry McLamb Construction, Inc. | ☐ D _____<br>■ E/F __3.95__<br>☐ G _____ |
| 2.85 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Jerry S. Gore | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.86 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jessica B. Hall | ☐ D _____ ■ E/F __3.97__ ☐ G _____ |
| 2.87 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Jim Utley | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.88 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Joann H. Cox | ☐ D _____ ■ E/F __3.99__ ☐ G _____ |
| 2.89 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Joe W. Floyd V. | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |
| 2.90 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Joseph & Carolyn Fisher | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.91 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Judy N. Gore | ☐ D _____ ■ E/F __3.102__ ☐ G _____ |
| 2.92 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Judy W. Norris | ☐ D _____ ■ E/F __3.103__ ☐ G _____ |
| 2.93 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Kasey G. Porter | ☐ D _____ ■ E/F __3.104__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Kathy G. Simmons** | ☐ D _____ <br> ▪ E/F ___3.105___ <br> ☐ G _____ |
| 2.95 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Kay D. Wheatley** | ☐ D _____ <br> ▪ E/F ___3.106___ <br> ☐ G _____ |
| 2.96 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Kenneth & Norita Faulk** | ☐ D _____ <br> ▪ E/F ___3.107___ <br> ☐ G _____ |
| 2.97 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Kenneth & Wanda Skipper** | ☐ D _____ <br> ▪ E/F ___3.108___ <br> ☐ G _____ |
| 2.98 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Kenny & Sylvia Milligan** | ☐ D _____ <br> ▪ E/F ___3.109___ <br> ☐ G _____ |
| 2.99 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Lauren Wheatley** | ☐ D _____ <br> ▪ E/F ___3.110___ <br> ☐ G _____ |
| 2.100 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Laverne S. Graham** | ☐ D _____ <br> ▪ E/F ___3.111___ <br> ☐ G _____ |
| 2.101 | **Joseph W. Floyd IV** | **4935 S. Island Drive North Myrtle Beach, SC 29582** | **Leanne B. Yarborough** | ☐ D _____ <br> ▪ E/F ___3.112___ <br> ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 2 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Leona Tripp | ☐ D _____ ■ E/F __3.113__ ☐ G _____ |
| 2.10 3 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Linda S. Cartrette | ☐ D _____ ■ E/F __3.114__ ☐ G _____ |
| 2.10 4 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Lloyd & Cheryl Bennett | ☐ D _____ ■ E/F __3.115__ ☐ G _____ |
| 2.10 5 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Lloyd D. Baldwin, Jr. | ☐ D _____ ■ E/F __3.116__ ☐ G _____ |
| 2.10 6 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Lois B. Dacus | ☐ D _____ ■ E/F __3.117__ ☐ G _____ |
| 2.10 7 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Loren C. Davis | ☐ D _____ ■ E/F __3.118__ ☐ G _____ |
| 2.10 8 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Louis G. Meares | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |
| 2.10 9 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Mamie L. Davis | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Margaret Zemke | ☐ D ____ ■ E/F __3.121__ ☐ G ____ |
| 2.111 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Margie W. Blackmon | ☐ D ____ ■ E/F __3.122__ ☐ G ____ |
| 2.112 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Marie A. Hughes | ☐ D ____ ■ E/F __3.123__ ☐ G ____ |
| 2.113 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Marilyn Whitehurst | ☐ D ____ ■ E/F __3.124__ ☐ G ____ |
| 2.114 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Mary Jean Prince | ☐ D ____ ■ E/F __3.125__ ☐ G ____ |
| 2.115 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Mary Perry R. Davis | ☐ D ____ ■ E/F __3.126__ ☐ G ____ |
| 2.116 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Maxie & Marguerite Williamson | ☐ D ____ ■ E/F __3.127__ ☐ G ____ |
| 2.117 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Melinda L. Memory | ☐ D ____ ■ E/F __3.128__ ☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.118 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Michael L. Summersett | ☐ D _____ <br> ■ E/F ___3.129___ <br> ☐ G _____ |
| 2.119 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Michael R. Richardson | ☐ D _____ <br> ■ E/F ___3.130___ <br> ☐ G _____ |
| 2.120 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Monica D. Currie | ☐ D _____ <br> ■ E/F ___3.131___ <br> ☐ G _____ |
| 2.121 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Nancy C. Stone | ☐ D _____ <br> ■ E/F ___3.132___ <br> ☐ G _____ |
| 2.122 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | O'Neal & Virginia Varnam | ☐ D _____ <br> ■ E/F ___3.133___ <br> ☐ G _____ |
| 2.123 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Oak Yaupon Harbor | ☐ D _____ <br> ■ E/F ___3.134___ <br> ☐ G _____ |
| 2.124 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Otis & Carolyn McNeil | ☐ D _____ <br> ■ E/F ___3.135___ <br> ☐ G _____ |
| 2.125 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Patricia A. Arthur | ☐ D _____ <br> ■ E/F ___3.136___ <br> ☐ G _____ |

Debtor    **Floyd's Insurance Agency Inc.**

Case number *(if known)*    **20-01982-5**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.126 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Patricia B. Mitchelson | ☐ D _____<br>■ E/F ___3.137___<br>☐ G _____ |
| 2.127 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Patsy P. Thompson | ☐ D _____<br>■ E/F ___3.138___<br>☐ G _____ |
| 2.128 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Paul & Sandra Hetrick | ☐ D _____<br>■ E/F ___3.139___<br>☐ G _____ |
| 2.129 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Ralph C. Pridgen | ☐ D _____<br>■ E/F ___3.140___<br>☐ G _____ |
| 2.130 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Rebecca L. Bennett | ☐ D _____<br>■ E/F ___3.141___<br>☐ G _____ |
| 2.131 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Rebecca S. Gore | ☐ D _____<br>■ E/F ___3.142___<br>☐ G _____ |
| 2.132 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Ricky A. Bryant | ☐ D _____<br>■ E/F ___3.143___<br>☐ G _____ |
| 2.133 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Robert & Louise Chambers | ☐ D _____<br>■ E/F ___3.144___<br>☐ G _____ |

---

Debtor    **Floyd's Insurance Agency Inc.**    Case number *(if known)*    **20-01982-5**

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.134 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Robin C. Young | ☐ D ____<br>■ E/F ____ **3.145**<br>☐ G ____ |
| 2.135 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Rodney L. Prince | ☐ D ____<br>■ E/F ____ **3.146**<br>☐ G ____ |
| 2.136 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Roger W. Davis | ☐ D ____<br>■ E/F ____ **3.147**<br>☐ G ____ |
| 2.137 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Ronnie & Caletta Faulk | ☐ D ____<br>■ E/F ____ **3.148**<br>☐ G ____ |
| 2.138 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Rosa L. Young | ☐ D ____<br>■ E/F ____ **3.149**<br>☐ G ____ |
| 2.139 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Ruby L. Farmer | ☐ D ____<br>■ E/F ____ **3.150**<br>☐ G ____ |
| 2.140 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | S. Tony Gore III | ☐ D ____<br>■ E/F ____ **3.151**<br>☐ G ____ |
| 2.141 | Joseph W. Floyd IV<br>4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | S. Travis Gore | ☐ D ____<br>■ E/F ____ **3.152**<br>☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 2 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Samuel & Lisa Varnam | ☐ D ____  ■ E/F __3.153__  ☐ G ____ |
| 2.14 3 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Samuel & Suzanne Simmons | ☐ D ____  ■ E/F __3.154__  ☐ G ____ |
| 2.14 4 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Samuel N. Simmons | ☐ D ____  ■ E/F __3.155__  ☐ G ____ |
| 2.14 5 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Sandra C. Ward | ☐ D ____  ■ E/F __3.156__  ☐ G ____ |
| 2.14 6 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Scott C. Brown | ☐ D ____  ■ E/F __3.157__  ☐ G ____ |
| 2.14 7 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Shelby J. Buffkin | ☐ D ____  ■ E/F __3.158__  ☐ G ____ |
| 2.14 8 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Shelby Moore | ☐ D ____  ■ E/F __3.159__  ☐ G ____ |
| 2.14 9 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Spencer Duncan | ☐ D ____  ■ E/F __3.160__  ☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.150 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Stacy D. Bennett | ☐ D ____ ■ E/F __3.161__ ☐ G ____ |
| 2.151 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Suzanne M. King | ☐ D ____ ■ E/F __3.162__ ☐ G ____ |
| 2.152 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Terry W. Simmons | ☐ D ____ ■ E/F __3.163__ ☐ G ____ |
| 2.153 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Tiffany Bennett | ☐ D ____ ■ E/F __3.165__ ☐ G ____ |
| 2.154 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Tina D. Godwin | ☐ D ____ ■ E/F __3.167__ ☐ G ____ |
| 2.155 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Tony & Rebecca Gore | ☐ D ____ ■ E/F __3.168__ ☐ G ____ |
| 2.156 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Vicky Evans | ☐ D ____ ■ E/F __3.170__ ☐ G ____ |
| 2.157 | Joseph W. Floyd IV | 4935 S. Island Drive North Myrtle Beach, SC 29582 | Wanda O. Greene | ☐ D ____ ■ E/F __3.171__ ☐ G ____ |

Debtor    **Floyd's Insurance Agency Inc.**                                    Case number *(if known)*   **20-01982-5**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.158 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Wesley R. McCaskill | ☐ D _____<br>■ E/F  **3.172**<br>☐ G _____ |
| 2.159 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | Willadean Williams | ☐ D _____<br>■ E/F  **3.173**<br>☐ G _____ |
| 2.160 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William & Brenda Dixon | ☐ D _____<br>■ E/F  **3.174**<br>☐ G _____ |
| 2.161 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William & Dottie Johnson | ☐ D _____<br>■ E/F  **3.175**<br>☐ G _____ |
| 2.162 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William & Geneva Ashley | ☐ D _____<br>■ E/F  **3.176**<br>☐ G _____ |
| 2.163 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William & Geneva Ashley | ☐ D _____<br>■ E/F  **3.177**<br>☐ G _____ |
| 2.164 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William & Wanda Garris | ☐ D _____<br>■ E/F  **3.178**<br>☐ G _____ |
| 2.165 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William F. Floyd, Jr. | ☐ D _____<br>■ E/F  **3.179**<br>☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.16 6 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William L. Scott III | ☐ D _____<br>■ E/F  __3.180__<br>☐ G _____ |
| 2.16 7 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William M. Suggs | ☐ D _____<br>■ E/F  __3.181__<br>☐ G _____ |
| 2.16 8 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William R. Butler | ☐ D _____<br>■ E/F  __3.182__<br>☐ G _____ |
| 2.16 9 | Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | William S. Gibson | ☐ D _____<br>■ E/F  __3.183__<br>☐ G _____ |
| 2.17 0 | William F. Floyd, Jr. | P.O. Box 335<br>Whiteville, NC 28472 | Adam B. Prince | ☐ D _____<br>■ E/F  __3.2__<br>☐ G _____ |
| 2.17 1 | William F. Floyd, Jr. | P.O. Box 335<br>Whiteville, NC 28472 | Addison L. McNeil | ☐ D _____<br>■ E/F  __3.3__<br>☐ G _____ |
| 2.17 2 | William F. Floyd, Jr. | P.O. Box 335<br>Whiteville, NC 28472 | Alice Lou Gooden | ☐ D _____<br>■ E/F  __3.5__<br>☐ G _____ |
| 2.17 3 | William F. Floyd, Jr. | P.O. Box 335<br>Whiteville, NC 28472 | Andrew Heath Scott | ☐ D _____<br>■ E/F  __3.6__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.174 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Anne S. Cruz | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.175 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Anthony Stephens | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.176 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Ashley Electric, Inc. | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.177 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Barbara Whaley | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.178 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Barry R. Grainger | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.179 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Bennett C. Ashley | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.180 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Bernice W. Etheridge | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.181 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Betsy McKee | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

---

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 2 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Betty Axsom** | ☐ D ____ ☑ E/F __3.18__ ☐ G ____ |
| 2.18 3 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Betty Sue Parker** | ☐ D ____ ☑ E/F __3.19__ ☐ G ____ |
| 2.18 4 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Betty W. Jackson** | ☐ D ____ ☑ E/F __3.20__ ☐ G ____ |
| 2.18 5 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Brittany Bennett** | ☐ D ____ ☑ E/F __3.21__ ☐ G ____ |
| 2.18 6 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Bryan Skipper** | ☐ D ____ ☑ E/F __3.22__ ☐ G ____ |
| 2.18 7 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Cathryn D. White** | ☐ D ____ ☑ E/F __3.23__ ☐ G ____ |
| 2.18 8 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Chadbourn Feed Services, Inc.** | ☐ D ____ ☑ E/F __3.24__ ☐ G ____ |
| 2.18 9 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Charles & Kathleen Roberts** | ☐ D ____ ☑ E/F __3.25__ ☐ G ____ |

---

Debtor    **Floyd's Insurance Agency Inc.**    Case number *(if known)*    **20-01982-5**

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.190 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Claire D. Love** | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.190 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Claire D. Love** | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |
| 2.191 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Clyde & Mary Jean Prince** | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |
| 2.192 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Crow Creek Land Development, LLC** | ☐ D ____ ■ E/F __3.29__ ☐ G ____ |
| 2.193 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Dale & Robin Buffkin** | ☐ D ____ ■ E/F __3.30__ ☐ G ____ |
| 2.194 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **David & Joann Hardee** | ☐ D ____ ■ E/F __3.31__ ☐ G ____ |
| 2.195 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **David Simmons** | ☐ D ____ ■ E/F __3.32__ ☐ G ____ |
| 2.196 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **David W. Fisher** | ☐ D ____ ■ E/F __3.33__ ☐ G ____ |
| 2.197 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Diane L. Scott** | ☐ D ____ ■ E/F __3.35__ ☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.198 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Donald & Lela Harrelson | ☐ D _____ <br> ▮ E/F ___3.36___ <br> ☐ G _____ |
| 2.199 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Dorothy Fowler | ☐ D _____ <br> ▮ E/F ___3.37___ <br> ☐ G _____ |
| 2.200 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Edison J. Elkins, Jr. | ☐ D _____ <br> ▮ E/F ___3.39___ <br> ☐ G _____ |
| 2.201 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Edward & Diana Jones | ☐ D _____ <br> ▮ E/F ___3.40___ <br> ☐ G _____ |
| 2.202 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Edward Williamson | ☐ D _____ <br> ▮ E/F ___3.41___ <br> ☐ G _____ |
| 2.203 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Elizabeth L. Hall | ☐ D _____ <br> ▮ E/F ___3.42___ <br> ☐ G _____ |
| 2.204 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Elizabeth R. Montgomery | ☐ D _____ <br> ▮ E/F ___3.43___ <br> ☐ G _____ |
| 2.205 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Elizabeth S. Woodby | ☐ D _____ <br> ▮ E/F ___3.44___ <br> ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 6 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Emma Jean Phelps | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.20 7 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Erika B. Williams | ☐ D _____ ■ E/F __3.46__ ☐ G _____ |
| 2.20 8 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Everett Lanier | ☐ D _____ ■ E/F __3.47__ ☐ G _____ |
| 2.20 9 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Fred Floyd | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.21 0 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Fred T. Sellers | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.21 1 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Freda G. Fipps | ☐ D _____ ■ E/F __3.50__ ☐ G _____ |
| 2.21 2 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | George W. Holt | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.21 3 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Gerald & Wanda Faulk | ☐ D _____ ■ E/F __3.52__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.214 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Gerry & Christina Simmons | ☐ D ____<br>▮ E/F ___3.53___<br>☐ G ____ |
| 2.215 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Gertie M. Spivey | ☐ D ____<br>▮ E/F ___3.54___<br>☐ G ____ |
| 2.216 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Gil Whitehurst | ☐ D ____<br>▮ E/F ___3.55___<br>☐ G ____ |
| 2.217 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Gladys S. Moore | ☐ D ____<br>▮ E/F ___3.56___<br>☐ G ____ |
| 2.218 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Grace H. Summersett | ☐ D ____<br>▮ E/F ___3.57___<br>☐ G ____ |
| 2.219 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Graham & Della Stewart | ☐ D ____<br>▮ E/F ___3.58___<br>☐ G ____ |
| 2.220 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Graham & Jan Stewart | ☐ D ____<br>▮ E/F ___3.59___<br>☐ G ____ |
| 2.221 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Graham A. McNeil | ☐ D ____<br>▮ E/F ___3.60___<br>☐ G ____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
| --- | --- | --- | --- | --- |

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.22 2 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Greer & Waitus Avant** | ☐ D _____ ■ E/F ___3.61___ ☐ G _____ |
| 2.22 3 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Greer & Waitus Avant** | ☐ D _____ ■ E/F ___3.62___ ☐ G _____ |
| 2.22 4 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **H.D. Bennett Holdings, LLC** | ☐ D _____ ■ E/F ___3.63___ ☐ G _____ |
| 2.22 5 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Harold & Julia Tripp** | ☐ D _____ ■ E/F ___3.64___ ☐ G _____ |
| 2.22 6 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Harrold L. Norris** | ☐ D _____ ■ E/F ___3.65___ ☐ G _____ |
| 2.22 7 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Henry & Amelia Bennett** | ☐ D _____ ■ E/F ___3.66___ ☐ G _____ |
| 2.22 8 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Holden Beach Marina** | ☐ D _____ ■ E/F ___3.68___ ☐ G _____ |
| 2.22 9 | **William F. Floyd, Jr.** **P.O. Box 335** **Whiteville, NC 28472** | **Holly Long** | ☐ D _____ ■ E/F ___3.69___ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.230 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Howard A. Jones | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.231 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Iris W. Dutton | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.232 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | J. Lee Croom | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.233 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | J.D. & Judy Gore | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |
| 2.234 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jack & Margaret Hooks | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |
| 2.235 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | James & Brenda Spivey | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |
| 2.236 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | James & Linda Dieudonne | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.237 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | James & Mary Beth Hickman | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.238 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | James & Roberta Smith | ☐ D _____ ■ E/F __3.80__ ☐ G _____ |
| 2.239 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | James A. Stephens | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.240 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jan H. Stewart | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.241 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Janet B. Sessoms | ☐ D _____ ■ E/F __3.83__ ☐ G _____ |
| 2.242 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Janet G. Callihan | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |
| 2.243 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Janie U. Perrin | ☐ D _____ ■ E/F __3.85__ ☐ G _____ |
| 2.244 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jason & Marie Wheatley | ☐ D _____ ■ E/F __3.86__ ☐ G _____ |
| 2.245 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jason L. Patterson | ☐ D _____ ■ E/F __3.87__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.246 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Javie & Debbie McPherson | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |
| 2.247 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jeanane Peek | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.248 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jeannette Eller | ☐ D _____ ■ E/F __3.90__ ☐ G _____ |
| 2.249 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jeffrey & Leanne Crouch | ☐ D _____ ■ E/F __3.91__ ☐ G _____ |
| 2.250 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jerry & Diane Caines | ☐ D _____ ■ E/F __3.92__ ☐ G _____ |
| 2.251 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jerry & Linda Strickland | ☐ D _____ ■ E/F __3.93__ ☐ G _____ |
| 2.252 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jerry & Robin Etheridge | ☐ D _____ ■ E/F __3.94__ ☐ G _____ |
| 2.253 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Jerry McLamb Construction, Inc. | ☐ D _____ ■ E/F __3.95__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

| ⬛ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.25 4 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Jerry S. Gore** | ☐ D _____<br>⬛ E/F   **3.96**<br>☐ G _____ |
| 2.25 5 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Jessica B. Hall** | ☐ D _____<br>⬛ E/F   **3.97**<br>☐ G _____ |
| 2.25 6 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Jim Utley** | ☐ D _____<br>⬛ E/F   **3.98**<br>☐ G _____ |
| 2.25 7 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Joann H. Cox** | ☐ D _____<br>⬛ E/F   **3.99**<br>☐ G _____ |
| 2.25 8 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Joe W. Floyd V.** | ☐ D _____<br>⬛ E/F   **3.100**<br>☐ G _____ |
| 2.25 9 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Joseph & Carolyn Fisher** | ☐ D _____<br>⬛ E/F   **3.101**<br>☐ G _____ |
| 2.26 0 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Judy N. Gore** | ☐ D _____<br>⬛ E/F   **3.102**<br>☐ G _____ |
| 2.26 1 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Judy W. Norris** | ☐ D _____<br>⬛ E/F   **3.103**<br>☐ G _____ |

Official Form 206H

Schedule H: Your Codebtors

Page 33 of 43

Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.26 2 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kasey G. Porter** | ☐ D _____ ■ E/F __3.104__ ☐ G _____ |
| 2.26 3 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kathy G. Simmons** | ☐ D _____ ■ E/F __3.105__ ☐ G _____ |
| 2.26 4 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kay D. Wheatley** | ☐ D _____ ■ E/F __3.106__ ☐ G _____ |
| 2.26 5 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kenneth & Norita Faulk** | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.26 6 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kenneth & Wanda Skipper** | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.26 7 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Kenny & Sylvia Milligan** | ☐ D _____ ■ E/F __3.109__ ☐ G _____ |
| 2.26 8 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Lauren Wheatley** | ☐ D _____ ■ E/F __3.110__ ☐ G _____ |
| 2.26 9 | **William F. Floyd, Jr.** | **P.O. Box 335** **Whiteville, NC 28472** | **Laverne S. Graham** | ☐ D _____ ■ E/F __3.111__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.270 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Leanne B. Yarborough | ☐ D ____ ■ E/F __3.112__ ☐ G ____ |
| 2.271 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Leona Tripp | ☐ D ____ ■ E/F __3.113__ ☐ G ____ |
| 2.272 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Linda S. Cartrette | ☐ D ____ ■ E/F __3.114__ ☐ G ____ |
| 2.273 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Lloyd & Cheryl Bennett | ☐ D ____ ■ E/F __3.115__ ☐ G ____ |
| 2.274 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Lloyd D. Baldwin, Jr. | ☐ D ____ ■ E/F __3.116__ ☐ G ____ |
| 2.275 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Lois B. Dacus | ☐ D ____ ■ E/F __3.117__ ☐ G ____ |
| 2.276 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Loren C. Davis | ☐ D ____ ■ E/F __3.118__ ☐ G ____ |
| 2.277 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Louis G. Meares | ☐ D ____ ■ E/F __3.119__ ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | | |
|---|---|---|---|---|---|---|

| 2.278 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Mamie L. Davis | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |
| 2.279 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Margaret Zemke | ☐ D _____ ■ E/F __3.121__ ☐ G _____ |
| 2.280 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Margie W. Blackmon | ☐ D _____ ■ E/F __3.122__ ☐ G _____ |
| 2.281 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Marie A. Hughes | ☐ D _____ ■ E/F __3.123__ ☐ G _____ |
| 2.282 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Marilyn Whitehurst | ☐ D _____ ■ E/F __3.124__ ☐ G _____ |
| 2.283 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Mary Jean Prince | ☐ D _____ ■ E/F __3.125__ ☐ G _____ |
| 2.284 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Mary Perry R. Davis | ☐ D _____ ■ E/F __3.126__ ☐ G _____ |
| 2.285 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Maxie & Marguerite Williamson | ☐ D _____ ■ E/F __3.127__ ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.286 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Melinda L. Memory | ☐ D _____ <br> ▮ E/F __3.128__ <br> ☐ G _____ |
| 2.287 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Michael L. Summersett | ☐ D _____ <br> ▮ E/F __3.129__ <br> ☐ G _____ |
| 2.288 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Michael R. Richardson | ☐ D _____ <br> ▮ E/F __3.130__ <br> ☐ G _____ |
| 2.289 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Monica D. Currie | ☐ D _____ <br> ▮ E/F __3.131__ <br> ☐ G _____ |
| 2.290 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Nancy C. Stone | ☐ D _____ <br> ▮ E/F __3.132__ <br> ☐ G _____ |
| 2.291 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | O'Neal & Virginia Varnam | ☐ D _____ <br> ▮ E/F __3.133__ <br> ☐ G _____ |
| 2.292 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Oak Yaupon Harbor | ☐ D _____ <br> ▮ E/F __3.134__ <br> ☐ G _____ |
| 2.293 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Otis & Carolyn McNeil | ☐ D _____ <br> ▮ E/F __3.135__ <br> ☐ G _____ |

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.294 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Patricia A. Arthur | ☐ D _____ ■ E/F __3.136__ ☐ G _____ |
| 2.295 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Patricia B. Mitchelson | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |
| 2.296 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Patsy P. Thompson | ☐ D _____ ■ E/F __3.138__ ☐ G _____ |
| 2.297 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Paul & Sandra Hetrick | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.298 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Ralph C. Pridgen | ☐ D _____ ■ E/F __3.140__ ☐ G _____ |
| 2.299 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Rebecca L. Bennett | ☐ D _____ ■ E/F __3.141__ ☐ G _____ |
| 2.300 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Rebecca S. Gore | ☐ D _____ ■ E/F __3.142__ ☐ G _____ |
| 2.301 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Ricky A. Bryant | ☐ D _____ ■ E/F __3.143__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Floyd's Insurance Agency Inc.**                      Case number *(if known)*   **20-01982-5**

█  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 2 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Robert & Louise Chambers** | ☐ D _____ ■ E/F __3.144__ ☐ G _____ |
| 2.30 3 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Robin C. Young** | ☐ D _____ ■ E/F __3.145__ ☐ G _____ |
| 2.30 4 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Rodney L. Prince** | ☐ D _____ ■ E/F __3.146__ ☐ G _____ |
| 2.30 5 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Roger W. Davis** | ☐ D _____ ■ E/F __3.147__ ☐ G _____ |
| 2.30 6 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Ronnie & Caletta Faulk** | ☐ D _____ ■ E/F __3.148__ ☐ G _____ |
| 2.30 7 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Rosa L. Young** | ☐ D _____ ■ E/F __3.149__ ☐ G _____ |
| 2.30 8 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Ruby L. Farmer** | ☐ D _____ ■ E/F __3.150__ ☐ G _____ |
| 2.30 9 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **S. Tony Gore III** | ☐ D _____ ■ E/F __3.151__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.31 0 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **S. Travis Gore** | ☐ D _____<br>■ E/F ___3.152___<br>☐ G _____ |
|---|---|---|---|---|
| 2.31 1 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Samuel & Lisa Varnam** | ☐ D _____<br>■ E/F ___3.153___<br>☐ G _____ |
| 2.31 2 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Samuel & Suzanne Simmons** | ☐ D _____<br>■ E/F ___3.154___<br>☐ G _____ |
| 2.31 3 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Samuel N. Simmons** | ☐ D _____<br>■ E/F ___3.155___<br>☐ G _____ |
| 2.31 4 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Sandra C. Ward** | ☐ D _____<br>■ E/F ___3.156___<br>☐ G _____ |
| 2.31 5 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Scott C. Brown** | ☐ D _____<br>■ E/F ___3.157___<br>☐ G _____ |
| 2.31 6 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Shelby J. Buffkin** | ☐ D _____<br>■ E/F ___3.158___<br>☐ G _____ |
| 2.31 7 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Shelby Moore** | ☐ D _____<br>■ E/F ___3.159___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | | Case number *(if known)* | **20-01982-5** |
|--------|-----------------------------------|--|---------------------------|----------------|

| ▉ | **Additional Page to List More Codebtors** |
|---|---------------------------------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| 2.318 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Spencer Duncan** | ☐ D _____<br>■ E/F __3.160__<br>☐ G _____ |
| 2.319 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Stacy D. Bennett** | ☐ D _____<br>■ E/F __3.161__<br>☐ G _____ |
| 2.320 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Suzanne M. King** | ☐ D _____<br>■ E/F __3.162__<br>☐ G _____ |
| 2.321 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Terry W. Simmons** | ☐ D _____<br>■ E/F __3.163__<br>☐ G _____ |
| 2.322 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Tiffany Bennett** | ☐ D _____<br>■ E/F __3.165__<br>☐ G _____ |
| 2.323 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Tina D. Godwin** | ☐ D _____<br>■ E/F __3.167__<br>☐ G _____ |
| 2.324 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Tony & Rebecca Gore** | ☐ D _____<br>■ E/F __3.168__<br>☐ G _____ |
| 2.325 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **Vicky Evans** | ☐ D _____<br>■ E/F __3.170__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.326 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Wanda O. Greene | ☐ D _____ ■ E/F __3.171__ ☐ G _____ |
| 2.327 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Wesley R. McCaskill | ☐ D _____ ■ E/F __3.172__ ☐ G _____ |
| 2.328 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | Willadean Williams | ☐ D _____ ■ E/F __3.173__ ☐ G _____ |
| 2.329 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | William & Brenda Dixon | ☐ D _____ ■ E/F __3.174__ ☐ G _____ |
| 2.330 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | William & Dottie Johnson | ☐ D _____ ■ E/F __3.175__ ☐ G _____ |
| 2.331 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | William & Geneva Ashley | ☐ D _____ ■ E/F __3.176__ ☐ G _____ |
| 2.332 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | William & Geneva Ashley | ☐ D _____ ■ E/F __3.177__ ☐ G _____ |
| 2.333 | William F. Floyd, Jr. | P.O. Box 335 Whiteville, NC 28472 | William & Wanda Garris | ☐ D _____ ■ E/F __3.178__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 4 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **William L. Scott III** | ☐ D _____ ■ E/F __3.180__ ☐ G _____ |
| 2.33 5 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **William M. Suggs** | ☐ D _____ ■ E/F __3.181__ ☐ G _____ |
| 2.33 6 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **William R. Butler** | ☐ D _____ ■ E/F __3.182__ ☐ G _____ |
| 2.33 7 | **William F. Floyd, Jr.** | **P.O. Box 335 Whiteville, NC 28472** | **William S. Gibson** | ☐ D _____ ■ E/F __3.183__ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Floyd's Insurance Agency Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **20-01982-5**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$409,976.86** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Private Loans to Debtor** | **$232,000.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Loan Repayment from Officer** | **$304,500.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **IRS Refund** | **$469.07** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Floyd's Insurance Agency Inc.**                                          Case number *(if known)*  **20-01982-5**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Parker Batts Loan Repayment** | **$1,450.00** |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Henry & Amelia Bennett**<br>**6205 Old Sharlotte Road NW**<br>**Ocean Isle Beach, NC 28469** | **2/21/2020 -**<br>**5/21/2020** | **$25,287.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |
| 3.2. **Lloyd & Cheryl Bennett**<br>**738 Bennett Trail SW**<br>**Calabash, NC 28467** | **2/21/2020 -**<br>**5/21/2020** | **$24,501.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |
| 3.3. **Crow Creek Land Development, LLC**<br>**Attn: Managing Agent**<br>**6205 Old Shalotte Road NW**<br>**Ocean Isle Beach, NC 28469** | **2/21/2020 -**<br>**5/21/2020** | **$23,013.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |
| 3.4. **H.D. Bennett Holdings, LLC**<br>**Attn: Managing Agent**<br>**6205 Old Shalotte Road NW**<br>**Ocean Isle Beach, NC 28469** | **2/21/2020 -**<br>**5/21/2020** | **$27,999.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |
| 3.5. **Jeffrey & Leanne Crouch**<br>**3320 E. Yacht Drive**<br>**Oak Island, NC 28465** | **2/21/2020 -**<br>**5/21/2020** | **$30,624.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |
| 3.6. **Jerry McLamb Construction, Inc.**<br>**Attn: Managing Agent**<br>**6205 Old Shalotte Road NW**<br>**Ocean Isle Beach, NC 28469** | **2/21/2020 -**<br>**5/21/2020** | **$37,575.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **monthly interest** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Floyd's Insurance Agency Inc. | | Case number *(if known)* | 20-01982-5 |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. Harold & Julia Tripp P.O. Box 126 Ash, NC 28420 | 2/21/2020 - 5/21/2020 | $19,074.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __monthly interest__ |
| 3.8. Samuel & Lisa Varnam 1574 Monster Buck Estates Supply, NC 28462 | 2/21/2020 - 5/21/2020 | $17,499.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __monthly interest__ |
| 3.9. Kenneth & Wanda Skipper 1587 Smyrna Road Whiteville, NC 28472 | 2/21/2020 - 5/21/2020 | $10,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __monthly interest__ |
| 3.10. Kay D. Wheatley 3238 Pmpano Street SW Supply, NC 28462 | 2/21/2020 - 5/21/2020 | $14,784.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __monthly interest__ |
| 3.11. O'Neal & Virginia Varnam 89 Varnam Town Road Supply, NC 28462 | 2/21/2020 - 5/21/2020 | $7,442.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __monthly interest__ |
| 3.12. William L. Scott III P.O. Box 45 Chadbourn, NC 28431 | 3/16/2020 | $100,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __loan repayment__ |
| 3.13. Chadbourn Feed Services, Inc. Attn: Managing Agent P.O. Box 445 Chadbourn, NC 28431 | 3/16/2020 | $100,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __loan repayment__ |
| 3.14. O'Neal & Virginia Varnam 89 Varnam Town Road Supply, NC 28462 | 3/17/2020 | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __loan repayment__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Floyd's Insurance Agency Inc.**                                Case number *(if known)*  **20-01982-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. **William & Brenda Dixon**<br>**P.O. Box 4651**<br>**Calabash, NC 28467** | **3/19/2020** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **loan repayment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William F. Floyd, Jr.**<br>**P.O. Box 335**<br>**Whiteville, NC 28472** | **various** | **Unknown** | **The Debtor will amend to reflect insider distributions.** |
| 4.2. **Joe W. Floyd V.**<br>**7 Prescient Avenue**<br>**Beaufort, SC 29902** | **various** | **Unknown** | **The Debtor will amend to reflect insider distributions.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | **Floyd's Insurance Agency Inc.** | Case number *(if known)* | **20-01982-5** |
| --- | --- | --- | --- |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Ste 150**<br>**Raleigh, NC 27612** | | **5/15/2020** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Ste 150**<br>**Raleigh, NC 27612** | | **5/19/20** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

| Debtor | Floyd's Insurance Agency Inc. | Case number *(if known)* | 20-01982-5 |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Parker Batts 3420 Cottonmill Drive, Apt 308 Raleigh, NC 27612 | loan for car repair | 10/18/2018 | $7,000.00 |
| | Relationship to debtor President's nephew | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 908 S. Madison Street Whiteville, NC 28472 | 1965 - 9/2018 |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **name, address, DOB, SSN, etc.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Floyd's Insurance Agency Inc. | Case number *(if known)* 20-01982-5 |
|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Floyd's Insurance Agency Inc.**                                  Case number *(if known)*  **20-01982-5**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Thompson Price Scott & Adams**<br>**1626 S. Madison Street**<br>**Whiteville, NC 28472** | **1965 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Thompson Price Scott & Adams**<br>**1626 S. Madison Street**<br>**Whiteville, NC 28472** | **1965 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Floyd's Insurance Agency Inc. | | Case number *(if known)* | 20-01982-5 |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Thompson Price Scott & Adams**<br>**1626 S. Madison Street**<br>**Whiteville, NC 28472** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph W. Floyd IV | 4935 S. Island Drive<br>North Myrtle Beach, SC 29582 | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William F. Floyd, Jr. | P.O. Box 335<br>Whiteville, NC 28472 | Vice President | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Joseph W. Floyd IV**<br>**4935 S. Island Drive**<br>**North Myrtle Beach, SC 29582** | **$4,800.00** | **5/2019 - 5/2020** | **W2 Compensation** |
| **Relationship to debtor**<br>**President** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Floyd's Insurance Agency Inc.**                    Case number *(if known)*  **20-01982-5**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **William F. Floyd, Jr.**<br>**P.O. Box 335**<br>**Whiteville, NC 28472** | **$4,800.00** | **5/2019 -**<br>**5/2020** | **W2 Compensation** |
| | Relationship to debtor<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May 29, 2020**__

__/s/ Joseph W. Floyd IV__                    __Joseph W. Floyd IV__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**President**__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Floyd's Insurance Agency Inc.**                                          Case No.    **20-01982-5**

                                                    Debtor(s)                      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 29, 2020**                              **/s/ Joseph W. Floyd IV**

                                                **Joseph W. Floyd IV**/**President**
                                                Signer/Title

910 Geeks
Attn: Managing Agent
9062 Black Chesnut Drive NE
Leland, NC 28451

Barbara Whaley
1038 Poley Bridge Road
Nakina, NC 28455

Brittany Bennett
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

Adam B. Prince
321 Fuller Street
Whiteville, NC 28472

Barry R. Grainger
508 B. Rose Mary Lane
North Myrtle Beach, SC 29582

Brunswick County Tax
Attn: Managing Agent
P.O. Box 29
Bolivia, NC 28422

Addison L. McNeil
7018 Gardner Pond Court
Charlotte, NC 28270

BB&T
Attn: Managing Agent
306 S. Madison Street
Whiteville, NC 28472

Bryan Skipper
1491 Smyrna Road
Whiteville, NC 28472

AFLAC
Attn: Managing Agent
1932 Wynnton Road
Columbus, GA 31999

Bennett C. Ashley
P.O. Box 308
Whiteville, NC 28472

Cathryn D. White
1798 Antioch Church Road
Whiteville, NC 28472

Alice Lou Gooden
7401 Old Lumberton Road
Whiteville, NC 28472

Bernice W. Etheridge
48 Crusoe Island Road
Whiteville, NC 28472

Chadbourn Feed Services, Inc.
Attn: Managing Agent
P.O. Box 445
Chadbourn, NC 28431

Andrew Heath Scott
2259 Bowman Sreet
Supply, NC 28462

Betsy McKee
4396 James B. White Hwy S.
Whiteville, NC 28472

Charles & Kathleen Roberts
1005 Whitehall Road
Whiteville, NC 28472

Anne S. Cruz
513 Twining Lane
Middletown, DE 19709

Betty Axsom
2500 John Avenue SW
Supply, NC 28462

City of Whiteville
Attn: Managing Agent
317 S. Madison Street
Whiteville, NC 28472

Anthony Stephens
305 Burns Drive
Kill Devil Hills, NC 27948

Betty Sue Parker
11301 NC 72 Hwy East
Lumberton, NC 28358

Claire D. Love
P.O. Box 274
Whiteville, NC 28472

Ashley Electric, Inc.
Attn: Managing Agent
P.O. Box 308
Whiteville, NC 28472

Betty W. Jackson
4626 Emory Lane
Charlotte, NC 28211

Clyde & Mary Jean Prince
321 Fuller Street
Whiteville, NC 28472

Columbus County Tax Adminstration
Attn: Managing Agent
125 Washington Street
Whiteville, NC 28472

Donald & Lela Harrelson
2770 Hallsboro Road N.
Whiteville, NC 28472

Emma Jean Phelps
300 Baldwin Eason Lane, Apt A
Whiteville, NC 28472

Crow Creek Land Development, LLC
Attn: Managing Agent
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

Dorothy Fowler
246 Kit Horne Road
Whiteville, NC 28472

Erika B. Williams
3962 1st Street SW
Shallotte, NC 28470

Dale & Robin Buffkin
130 Forest Lane
Tabor City, NC 28463

Duke Energy
Attn: Managing Agent
P.O. Box 1003
Charlotte, NC 28201

Everett Lanier
127 Cape Fear Drive
Whiteville, NC 28472

David & Joann Hardee
210 St. Andrews Street
Whiteville, NC 28472

Edison J. Elkins, Jr.
194 Pine Lane
Whiteville, NC 28472

Fred Floyd
5873 Pauley Swamp Road
Conway, SC 29527

David Simmons
382 Country Farm Road
Winfield, IL 60190

Edward & Diana Jones
17 Richmond Street
Ocean Isle Beach, NC 28469

Fred T. Sellers
4365 Audell Street SW
Shallotte, NC 28470

David W. Fisher
925 Sultana Drive
Little River, SC 29566

Edward Williamson
615 N. Elm Street
Chadbourn, NC 28431

Freda G. Fipps
751 New Life Church Road
Tabor City, NC 28463

Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201

Elizabeth L. Hall
57 State Park Drive
Lake Waccamaw, NC 28450

George W. Holt
207 High Street
Whiteville, NC 28472

DexYP
Attn: Managing Agent
P.O. Box 619810
Dallas, TX 75261

Elizabeth R. Montgomery
103 Creek Ridge Road
Lake Waccamaw, NC 28450

Gerald & Wanda Faulk
9218 Old Stake Road
Tabor City, NC 28463

Diane L. Scott
508 Warrior Trail
Whiteville, NC 28472

Elizabeth S. Woodby
831 Radnor Road
Wilmington, NC 28409

Gerry & Christina Simmons
P.O. Box 585
Lake Waccamaw, NC 28450

Gertie M. Spivey
1690 Hwy 9 West
Longs, SC 29568

H.D. Bennett Holdings, LLC
Attn: Managing Agent
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Gil Whitehurst
8525 Wheeling Drive
Raleigh, NC 27615

Harold & Julia Tripp
P.O. Box 126
Ash, NC 28420

Iris W. Dutton
P.O. Box 63
Longwood, NC 28452

Gladys S. Moore
2204 Canel Cove Road
Lake Waccamaw, NC 28450

Harrold L. Norris
10175 Old Stake Road
Tabor City, NC 28463

J. Lee Croom
342 Hemlock Drive
Whiteville, NC 28472

Grace H. Summersett
P.O. Box 96
Lake Waccamaw, NC 28450

Henry & Amelia Bennett
6205 Old Sharlotte Road NW
Ocean Isle Beach, NC 28469

J.D. & Judy Gore
1853 Manaley Smith Road
Nakina, NC 28455

Graham & Della Stewart
105 East C Street
Erwin, NC 28339

Herald Office Systems
Attn: Managing Agent
P.O. Box 1288
Dillon, SC 29536

Jack & Margaret Hooks
217 Fuller Street
Whiteville, NC 28472

Graham & Jan Stewart
201 Morganford Place
Cary, NC 27518

Holden Beach Marina
Attn: Managing Agent
3238 Pompano Street SW
Supply, NC 28462

Jackson National Life
Attn: Managing Agent
P.O. Box 9584
Coppell, TX 75019-9084

Graham A. McNeil
7018 Gardner Pond Court
Charlotte, NC 28270

Holly Long
13815 Swamp Fox Hwy E
Tabor City, NC 28463

James & Brenda Spivey
716 James Hinson Road
Clarendon, NC 28432

Greer & Waitus Avant
913 Smyrna Road
Whiteville, NC 28472

Howard A. Jones
1402 N. James Street
Whiteville, NC 28472

James & Linda Dieudonne
2951 Darrell Drive SW
Supply, NC 28462

H. Mark Hamlet
Hamlet & Associates, PLLC
5215 Junction Park Circle, Ste 202
Wilmington, NC 28412

IIANC
Attn: Managing Agent
P.O. Box 1165
Cary, NC 27512

James & Mary Beth Hickman
139 Cherokee Trail
Maiden, NC 28650

James & Roberta Smith
341 Flax Court
Palm Beach Gardens, FL 33410

Jeanane Peek
16419 Riverpointe Drive
Charlotte, NC 28278

Jim Utley
320 Wilmot Drive
Raleigh, NC 27606

James A. Stephens
1271 Lawrence Tedder Road
Whiteville, NC 28472

Jeannette Eller
124 Stacrest Drive
Stanley, NC 28164

Joann H. Cox
P.O. Box 726
Clarkton, NC 28433

Jan H. Stewart
201 Morganford Place
Cary, NC 27518

Jeffrey & Leanne Crouch
3320 E. Yacht Drive
Oak Island, NC 28465

Joe W. Floyd V.
7 Prescient Avenue
Beaufort, SC 29902

Janet B. Sessoms
107 Turtle Cay, Unit 9
Wilmington, NC 28412

Jerry & Diane Caines
861 Dothan Road
Tabor City, NC 28463

Joseph & Carolyn Fisher
1105 Princesa Court SW
Ocean Isle Beach, NC 28469

Janet G. Callihan
2630 Bill Hooks Road
Whiteville, NC 28472

Jerry & Linda Strickland
226 Elizabeth Drive
Whiteville, NC 28472

Joseph W. Floyd IV
4935 S. Island Drive
North Myrtle Beach, SC 29582

Janie U. Perrin
1300 Marjorie Drive
Matthews, NC 28105

Jerry & Robin Etheridge
30 Crusoe Island Road
Whiteville, NC 28472

Judy N. Gore
3014 Symrna Road
Whiteville, NC 28472

Jason & Marie Wheatley
268 Vereen Road NW
Ash, NC 28420

Jerry McLamb Construction, Inc.
Attn: Managing Agent
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

Judy W. Norris
10175 Old Stake Road
Tabor City, NC 28463

Jason L. Patterson
1638 Sellerstown Road
Chadbourn, NC 28431

Jerry S. Gore
P.O. Box 993
Whiteville, NC 28472

Kasey G. Porter
49 East 21st Street, Apt 5A
New York, NY 10010

Javie & Debbie McPherson
490 A.D. Hinson Road
Chadbourn, NC 28431

Jessica B. Hall
3379 Nelson Road
Rising Sun, IN 47040

Kathy G. Simmons
P.O. Box 753
Lake Waccamaw, NC 28450

Kay D. Wheatley
3238 Pmpano Street SW
Supply, NC 28462

Lloyd & Cheryl Bennett
738 Bennett Trail SW
Calabash, NC 28467

Marilyn Whitehurst
3 Washington Circle
Alexandria, VA 22305

Kenneth & Norita Faulk
1428 Reaves Ferry Road
Nakina, NC 28455

Lloyd D. Baldwin, Jr.
223 E. Clahoun Street
Whiteville, NC 28472

Mary Jean Prince
312 Fuller Street
Whiteville, NC 28472

Kenneth & Wanda Skipper
1587 Smyrna Road
Whiteville, NC 28472

Lois B. Dacus
6499 Joe Brown Hwy S.
Chadbourn, NC 28431

Mary Perry R. Davis
222 Hickory Knoll Road
Wilmington, NC 28409

Kenny & Sylvia Milligan
5400 Little River Neck Rd, Lot 170
North Myrtle Beach, SC 29582

Loren C. Davis
229 Rose Walk Lane
Carrboro, NC 27510

Maxie & Marguerite Williamson
1991 Fair Bluff Hwy
Green Sea, SC 29545

Lauren Wheatley
3238 Pmpano Street SW
Supply, NC 28462

Louis G. Meares
359 Dave Meares Road
Cerro Gordo, NC 28430

Melinda L. Memory
26 W. Wyche Street
Whiteville, NC 28472

Laverne S. Graham
5109 Walnut Street
Loris, SC 29569

Mamie L. Davis
P.O. Box 144
Cerro Gordo, NC 28430

Michael L. Summersett
19 Monroe Street
Ocean Isle Beach, NC 28469

Leanne B. Yarborough
501 Posada Drive
Myrtle Beach, SC 29572

Margaret Zemke
91 Country Club Drive
Shallotte, NC 28470-1000

Michael R. Richardson
2265 Ervin Richardson Road
Nakina, NC 28455

Leona Tripp
3441 Ash Little River Road NW
Ash, NC 28420

Margie W. Blackmon
131 Mill Pond Road, Lot 511
Whiteville, NC 28472

Monica D. Currie
507 27th Avenue S.
North Myrtle Beach, SC 29582

Linda S. Cartrette
7909 J.B. White Hwy N.
Clarkton, NC 28433

Marie A. Hughes
202 E. Wyche Street
Whiteville, NC 28472

Nancy C. Stone
701 Cove Harbour
New Bern, NC 28562

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Paul & Sandra Hetrick
2146 Union Valley Road
Whiteville, NC 28472

Roger W. Davis
222 Hickory Knoll Road
Wilmington, NC 28409

NC Dept. of Insurance
Attn: Managing Agent
1201 Mail Service Center
Raleigh, NC 27699-1201

Pitney Bowes
Attn: Managing Agent
P.O. Box 856460
Louisville, KY 40285

Ronnie & Caletta Faulk
1008 S. Madison Street
Whiteville, NC 28472

NC Dept. of Labor, DES
Attn: Managing Agent
P.O. Box 26504
Raleigh, NC 27611

Ralph C. Pridgen
1004 Lawrence Tedder Road
Whiteville, NC 28472

Rosa L. Young
823 Etheridge Road NW
Longwood, NC 28452

O'Neal & Virginia Varnam
89 Varnam Town Road
Supply, NC 28462

Rebecca L. Bennett
6205 Old Shalotte Road NW
Ocean Isle Beach, NC 28469

Ruby L. Farmer
6448 Livinson Chapel Road
Delco, NC 28436

Oak Yaupon Harbor
Attn: Managing Agent
2500 John Avenue SW
Supply, NC 28462

Rebecca S. Gore
105 Bradford Place
Chapel Hill, NC 27517

S. Tony Gore III
105 Bradford Place
Chapel Hill, NC 27517

Otis & Carolyn McNeil
135 Deerfield Drive
King, NC 27021

Ricky A. Bryant
2500 Yaupon Drive
Myrtle Beach, SC 29577

S. Travis Gore
211 Church Street, Apt A11
Chapel Hill, NC 27516

Patricia A. Arthur
711 Peacan Lane
Lake Waccamaw, NC 28450

Robert & Louise Chambers
1018 Bluffview Drive
Myrtle Beach, SC 29579

Samuel & Lisa Varnam
1574 Monster Buck Estates
Supply, NC 28462

Patricia B. Mitchelson
3455 San Pablso Road S., Room 229
Jacksonville, FL 32224

Robin C. Young
3100 Phillipsburg Court
Greensboro, NC 27410

Samuel & Suzanne Simmons
219 S. Water Street
Wilmington, NC 28401

Patsy P. Thompson
511 S. Thompson Street
Whiteville, NC 28472

Rodney L. Prince
602 23 Ave S.
North Myrtle Beach, SC 29582

Samuel N. Simmons
219 S. Water Street
Wilmington, NC 28401

Sandra C. Ward
5845 Clifton Drive SW
Ocean Isle Beach, NC 28469

Scott C. Brown
3323 Exum Road NW
Ash, NC 28420

Shelby J. Buffkin
130 Forest Lane
Tabor City, NC 28463

Shelby Moore
510 Abbie Avenue
High Point, NC 27263

Spencer Duncan
410 Jefferson Road
Lake Waccamaw, NC 28450

Stacy D. Bennett
6205 Old Sharlotte Road NW
Ocean Isle Beach, NC 28469

Suzanne M. King
123 W. Williamson Street
Whiteville, NC 28472

Terry W. Simmons
P.O. Box 753
Lake Waccamaw, NC 28450

Thompson Price Scott & Adams
1626 S. Madison Street
Whiteville, NC 28472

Tiffany Bennett
6205 Old Sharlotte Road NW
Ocean Isle Beach, NC 28469

Time Warner Cable
Attn: Managing Agent
P.O. Box 4617
Carol Stream, IL 60197

Tina D. Godwin
5336 Marsh Road
Fayetteville, NC 28306

Tony & Rebecca Gore
105 Bradford Place
Chapel Hill, NC 27517

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Verizon Wireless
Attn: Managing Agent
P.O. Box 489
Newark, NJ 07101

Vicky Evans
2541 John Avenue SW
Supply, NC 28462

Wanda O. Greene
10204 Peacock Road
Chadbourn, NC 28431

Wesley R. McCaskill
115 Mitchell Avenue
Clemson, SC 29631

Willadean Williams
109 W. Third Street
Tabor City, NC 28463

William & Brenda Dixon
P.O. Box 4651
Calabash, NC 28467

William & Dottie Johnson
6938 Joe Brown Hwy S.
Chadbourn, NC 28431

William & Geneva Ashley
P.O. Box 308
Whiteville, NC 28472

William & Wanda Garris
995 Diamondhead Drive S.
Pinehurst, NC 28374

William F. Floyd, Jr.
P.O. Box 335
Whiteville, NC 28472

William L. Scott III
P.O. Box 45
Chadbourn, NC 28431

William M. Suggs
100 Fountain Lane
Whiteville, NC 28472

William R. Butler
P.O. Box 70
Nakina, NC 28455

William  S.  Gibson
830  Hilltop  Road
Sanford, NC 27330